**Opinion issued April 10, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00904-CV

————————————

## IN RE ALI CHOUDHRI, Relator

———————————————————————————

### Original Petition on Petition for Writ of Mandamus

———————————————————————————

## MEMORANDUM OPINION

Relator, Ali Choudhri, has filed a petition for writ of mandamus, contending that respondent, the Honorable Alexandra Smoots-Hogan, abused her discretion in denying relator's motion to strike the intervention of real party in interest, Lloyd E. Kelley.[1] Relator has filed a motion to dismiss the petition, stating that the parties

---

[1] The petition identifies the underlying case as *Ali Choudhri v. Latif & Company a/k/a Abdullatif & Company, L.L.C., Osama Abdullatif, Individually, Osama Abdullatif a/k/a Latif & Company, Elbar Investments, Inc., and Vincent Bustamante*, Cause No. 2012-

are seeking to resolve their dispute. *Cf.* TEX. R. APP. P. 42.1(a). Neither real party in interest nor respondent has expressed opposition to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

We grant relator's motion to dismiss and dismiss the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

40365, in the 164th District Court of Harris County, Texas, the Honorable Alexandra Smoots-Hogan, presiding.